**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**PALM BAY INTERNATIONAL, INC.**

                      Plaintiff,

         - against -

**MARCHESI DI BAROLO, S.P.A.,**

                      Defendant.
-----------------------------------------------------------X

**ORDER**

CV 09-601 (ADS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Attorney Larry Selander is permitted to argue or try this case in whole or in part as counsel or advocate. By August 26, 2009, Mr. Selander shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Selander shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Selander shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

                                                      **SO ORDERED.**

Dated: Central Islip, New York
        August 12, 2009

                                                    /s/ A. Kathleen Tomlinson
                                                    A. KATHLEEN TOMLINSON
                                                    U.S. Magistrate Judge