UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PALM BAY INTERNATIONAL, INC.                    09 CIV 601

                              Plaintiff,           **DECLARATION OF**
    - against –                                                  **GARY ETTELMAN**
                                                     **IN SUPPORT OF**
MARCHESI DI BAROLO S.P.A.,                       **PLAINTIFF'S MOTION**
                                                     **TO STRIKE**
                              Defendant.
-----------------------------------------------------------------------X

      Gary Ettelman does hereby declare under penalty of perjury that the following is true and correct:

      1.      Annexed hereto as Exhibit A is a true and correct copy of Magistrate Judge Tomlinson's Case Management and Scheduling Order, dated June 4, 2009.

      2.      Annexed hereto as Exhibit B is a true and correct copy of Plaintiff's First Amended Complaint, filed on July 31, 2009.

      3.      Annexed hereto as Exhibit C is a true and correct copy of Defendant's Answer to First Amended Complaint and Counterclaims, filed on October 13, 2009.

      4.      Annexed hereto as Exhibit D is a true and correct copy of Marchesi's Answer, Affirmative Defenses, and Amended Counterclaim to First Amended Complaint, filed on November 8, 2009.

Dated: November 25, 2009
       Garden City, New York

                                            ETTELMAN & HOCHHEISER P.C.

                                            By:        s/Gary Ettelman
                                                  Gary Ettelman (GE 9315)
                                          Attorney for Plaintiff
                                          100 Quentin Roosevelt Blvd, Suite 401
                                          Garden City, NY 11530
                                          Tel. 516.227.6300
                                          Fax 516.227.6307