UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

DAVID S. TAUB and MARC TAUB,      Civil Action No. 09-CV-599 (ADS)(ETB)

    Plaintiffs,     **NOTICE OF MOTION**

- against -

MARCHESI DI BAROLO S.P.A.,

    Defendant.

------------------------------------------------------X

PLEASE TAKE NOTICE that on the annexed certification of Mitchell J. Devack, Esq. dated January 7, 2010, the affidavit of Jack Cacciato, sworn to January 3, 2010, and upon all prior pleadings and proceedings had herein, non-parties Vinteligence LLC d/b/a WineWave ("WineWave") and Jack Cacciato will move this Court on the ___ day of _____, 2010 at 10:00 a.m. at the U. S. Courthouse, 100 Federal Plaza, Central Islip, NY 11722, before the Hon. E. Thomas Boyle, United States Magistrate Judge, for an Order:

    (a)     Pursuant to Rules 26(a) and 45(c) of the Federal Rules of Civil Procedure, quashing, vacating and setting aside a certain Subpoena to Produce Documents, dated November 23, 2009, directed to non-party, WineWave Ltd.

    (b)     Pursuant to Rules 26(a) and 45(c) of the Federal Rules of Civil Procedure, quashing, vacating an setting aside a certain Subpoena to Testify at a Deposition, dated November 23, 2009, directed to non-party Jack Cacciato;

(c)   Granting such other and further relief as the Court may deem just and proper.

Dated: January 7, 2010

Yours, etc.

MITCHELL J. DEVACK
LAW OFFICES OF
MITCHELL J. DEVACK, PLLC
Attorneys for Non-Parties Vintelligence
LLC d/b/a WineWave and Jack Cacciato
90 Merrick Avenue, Suite 500
East Meadow, NY 11554
516-794-2800

TO:   ETTELMAN & HOCHHEISER, P.C.
Attorneys for Plaintiffs
100 Quentin Roosevelt Blvd.
Suite 401
Garden City, NY 11530
Attention: Gary Ettelman, Esq.

DUANE MORRIS, LLP
Attorneys for Defendant
1540 Broadway
New York, NY 10036
Attention: John Dellaportas, Esq.

DUANE MORRIS, LLP
Attorneys for Defendant
190 South LaSalle Street
Suite 3700
Chicago, IL 60603
Attention: Larry Selander, Esq.

F:\DATA\SUSAN_V\Cacciato\Vin-telligence, LLC\Marchesi Di Barolo, Spa\Taub\Notice of Motion 12-29-09.wpd