# LAW OFFICES OF MITCHELL J. DEVACK, PLLC
Attorneys at Law

MITCHELL J. DEVACK (N.Y. & FLA. BARS)

NICHOLAS P. OTIS
THOMAS YANEGA
PETER J. DiMARINIS

OF COUNSEL
DIANE MEMMOLI

The Financial Center At Mitchell Field
90 Merrick Ave - Suite 500
East Meadow, N.Y. 11554

(516) 794-2800
Fax (516) 794-2900

E-Mail Address:
MJD@DEVACKLAW.COM

January 29, 2010

Hon. E. Thomas Boyle
U. S. Magistrate Judge
U. S. Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:   Taub v. Marchesi Di Barolo, S.P.A.
            <u>Civil Action No. 09-CV-599 (ADS) (ETB)</u>

Honorable Sir:

    We represent nonparties Vinteligence LLC d/b/a WineWave and Jack Cacciato. This will confirm that the nonparties' motion to quash subpoenas served by the plaintiffs will be argued on February 2, 2010 at 2:00 p.m.

    We thank the Court for its attention to this matter.

Respectfully,

NICHOLAS P. OTIS

NPO:sv
cc: Gary Ettelman, Esq. (via e-mail)
    John Dellaportas, Esq. (via e-mail)
    Rachael Pontikes, Esq. (via e-mail)

F:\DATA\SUSAN_V\Cacciato\Vin-telligence, LLC\Marchesi Di Barolo, Spa\Taub\ltr to Hon. Boyle 1-29-10.doc