# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

JAVIER CHÁVEZ, JR.
DIRECT DIAL: 212.692.1036
PERSONAL FAX: +1 212 202 4698
E-MAIL: jchavez@duanemorris.com

www.duanemorris.com

November 16, 2010

VIA ECF
COURTESY COPY TO FOLLOW BY FEDERAL EXPRESS

The Honorable Arthur D. Spatt
United States District Court –
Eastern District of New York
100 Federal Plaza
Central Islip NY  11722

   Re:   *David S. Taub and Marc Taub v. Marchesi Di Barolo S.P.A.*, **Cons. Case Nos. CV 09 599 and CV 09 601 (ADS) (ETB) : Notice of Withdrawal of Attorney of Record**

Dear Judge Spatt:

    I respectfully request to withdraw as an attorney of record for defendant Marchesi Di Barolo S.P.A. ("Defendant") in *David S. Taub and Marc Taub v. Marchesi Di Barolo S.P.A.,* Cons. Case Nos. CV 09 599 and CV 09 601 (ADS) (ETB), and henceforth to neither receive nor be required to receive notice in the actions. This is not intended to affect the appearances of any other counsel of Duane Morris LLP or the firm itself. Defendant will continue to be represented by Duane Morris LLP, and no prejudice will result from this withdrawal.

                                 Respectfully yours,

                                   Javier Chávez, Jr.

Cc: All Counsel of Record by ECF

SO ORDERED

_____
Hon. Arthur Spatt
U.S. District Judge

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                                   PHONE: 212.692.1000   FAX: 212.692.1020
DM1\2403589.1